UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>             Plaintiff,                        )<br>v.                                                  )<br>                                                      )<br>MANJIT KAUR RAI,                   )<br>                                                      )<br>             Defendant.                   ) | Case No. 2:06-CR-00058 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MANJIT KAUR RAI , Case No.  2:06-CR-00058 FCD , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___   Release on Personal Recognizance

      _X_   Bail Posted in the Sum of $ 5,000 cash

            ___   Unsecured Appearance Bond

            ___   Appearance Bond with 10% Deposit

            ___   Appearance Bond with Surety

            ___   Corporate Surety Bail Bond

            _✔_   (Other)   PTS Conditions/Supervision, Title to a 2006 Honda Civic & Surrender of defendant's passport

Issued at  Sacramento, CA  on  October 19, 2006  at  3:34 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge