```
1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  Hall of Justice
   813 Sixth Street, Suite 450
4  Sacramento, CA  95814
   Telephone: (916) 441-0824
5  Facsimile: (916) 441-0970

6  Attorneys for Defendant,
   MANJIT KAUR RAI
7
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR. S-06-0058 FCD |
| Plaintiff, | STIPULATION AND ORDER REGARDING TEMPORARY RETURN OF PASSPORT |
| vs. | |
| JAGPRIT SINGH SEKHON, JAGDIP SINGH SEKHON, MANJIT KAUR RAI, aka Manjit Kaur Kang, IOSIF CAZA, and LUCIANA HARMATH, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by defendant Manjit Kaur Rai, through her counsel Clyde M. Blackmon, and the United States of America, through its counsel Benjamin B. Wagner, that Ms. Rai's Canadian passport, which is now in the possession of the Court Clerk's Office, may be released temporarily to Ms. Rai's counsel so that it may be transmitted to Canadian authorities for renewal.

   Ms. Rai is a Canadian citizen.  On October 19, 2006, the day after she was indicted in this matter, she surrendered her

Canadian passport to the Court Clerk's Office as a condition of her pretrial release.  That passport has now expired.  Since Ms. Rai is not a citizen of the United Sates, she will be deported to Canada once she completes any sentence which may be imposed upon her by the Court as a result of her recent conviction in this case.  It is anticipated that when she is released from custody by the Bureau of Prisons she will then be placed in custody by Department of Homeland Security immigration authorities.  If her Canadian passport is not current at that point, she will remain in Homeland Security Custody for a longer period of time than if she had a current passport.  Therefore, it is necessary that Ms. Rai's Canadian passport be renewed at this time.

It is understood by the parties that Ms. Rai's expired Canadian passport shall be released to her counsel, Clyde M. Blackmon, who will transmit it, along with the necessary paper work, to Canadian authorities for renewal.  Once the passport is renewed it will be returned to counsel by the Canadian authorities, and counsel will then return it to the Court Clerk's Office.  The parties understand and agree that neither the expired passport nor the renewed passport will be in the actual possession of Ms. Rai at any time.

IT IS SO STIPULATED.

DATED: July 15, 2009         _/s/ Clyde M. Blackmon for _____
                             BENJAMIN B. WAGNER
                             Assistant United States Attorney

                             _/s/ Clyde M. Blackmon_____
                             CLYDE M. BLACKMON
                             Attorney for Defendant,
                             MANJIT KAUR RAI

1 **ORDER**

2    IT IS HEREBY ORDERED THAT Manjit Kaur Rai's expired
3 Canadian passport which is now in the possession of the Court
4 Clerk's Office shall be released temporarily to her counsel,
5 Clyde M. Blackmon, so that it may be transmitted to Canadian
6 authorities for renewal.  Once the passport is renewed it shall
7 be returned to the Court Clerk's Office.
8    IT IS FURTHER ORDERED THAT Manjit Kaur Rai shall not have
9 in her actual possession at any time either the expired passport
10 or the renewed passport.
11 IT IS SO ORDERED.
12
13 DATED: July 16, 2009        _____
14                             FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28