Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorney for Defendant
MANJIT KAUR RAI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>      v.<br><br>MANJIT KAUR RAI,<br><br>                Defendant. | **Case No. CR. S-06-00058-FCD**<br><br>**ORDER GRANTING REQUEST FOR COPY OF DOCKET NO. 469 (UNDER SEAL)** |

Before this Court is Defendant Manjit Kaur Rai's Request for Copy of Docket No. 469. The Court, having read and considered the papers, grants the request. Accordingly,

**IT IS HEREBY ORDERED BY THE COURT** that a copy of the document entered under seal at Docket No. 469 shall be transmitted to the defendant's counsel, Nathaniel P. Garrett, via:

**First Class Mail**
Nathaniel P. Garrett
Jones Day
555 California St., 26th Floor
San Francisco, CA 94104-1500

OR

**Electronic Mail**
ngarrett@jonesday.com

**IT IS SO ORDERED**.

Dated: May 6, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE