KARYN H. BUCUR
Attorney at Law
State Bar No. 158608
24881 Alicia Parkway, #E-193
Laguna Hills, California 92653
Tel: (949) 472-1092
Email: khbucur@cox.net

Attorney for Defendant
Ms. MANJIT KAUR RAI
Under the Criminal Justice Act

**FILED**

AUG 20 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MANJIT KAUR RAI<br>            Defendant. | CASE NO. 2:06-CR-058 JAM<br><br>STIPULATION TO CONTINUE REMAND HEARING; [PROPOSED] ORDER |

Counsel for defendant Manjit Rai having requested a continuance of the hearing on the government's remand motion based on vacation plans of defense counsel and the fact that defense counsel is newly appointed and needs to become acquainted with this case, the parties hereby stipulate to the continuance of that hearing from August 26 at 9:30 a.m. to September 23rd at 9:30 a.m.

/

STIPULATION                                                            1

IT IS SO STIPULATED:

Dated: August 20, 2014

By: *s/Karyn H. Bucur*
KARYN H. BUCUR

Dated: August 20, 2014

By: *s/Camil A. Skipper*
CAMIL A. SKIPPER

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the remand hearing scheduled for August 26, 2014 at 9:30 a.m. be continued to September 23, 2014 at 9:30 a.m.

DATED: August 20, 2014

JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION                                2