KARYN H. BUCUR
Attorney at Law
State Bar No. 158608
24881 Alicia Parkway, #E-193
Laguna Hills, California 92653
Tel: (949) 472-1092
Email: khbucur@cox.net

Attorney for Defendant
Ms. MANJIT KAUR RAI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MANJIT KAUR RAI<br>                Defendant. | CASE NO.  2:06-CR-058 JAM<br><br>AMENDED APPLICATION FOR AN ORDER EXONERATING BAIL AND RETURN OF $5,000 AND THE TITLE TO THE 1996 TOYOTA TO MS. RAI'S HUSBAND; DECLARATION OF KARYN H. BUCUR;   ORDER |

Defendant, MANJIT KAUR RAI, by and through undersigned counsel, amends the original application for an order from this Court exonerating the bail posted to secure her release in this case. On October 19, 2006, Ms. Rai signed an appearance bond and deposited $5000.00 cash in the Registry of the Court. (Exhibit "A", Doc. No. 38.)  In addition, Ms. Rai was ordered to surrender the title to a 2006 Honda Civic and to surrender her passport. (Exhibit "B", Doc. No. 36.)

On January 8, 2015, Ms. Rai self-surrendered to FCI Dublin and is now serving her prison term. On January 21, 2015, Ms. Rai filed an application for an order from this Court to exonerate her bail and to have the $5,000.00 cash, the title to the 2006 Honda, and her (now expired) passport returned to her. Ms. Rai

AMENDED APPLICATION FOR ORDER
EXONERATING BAIL AND ORDER

1

filed this application because Ms. Rai is now in the custody of the Bureau of Prisons. Ms. Rai requested the Clerk of Court turn over these items to her husband Lakhvir Rai.

Shortly after the initial application was filed, counsel received a voice-message from Linda Reader from the Clerk's Office stating that counsel needed to amend the application because the Clerk's Office had a title to a 1996 Toyota, not a 2006 Honda. Counsel subsequently had several conversations with Ms. Reader because Ms. Rai's husband was certain he turned over the title to a 2006 Honda as ordered by the Court. Counsel asked Ms. Reader to search the Clerk's Office to locate the title to the 2006 Honda. Ms. Reader could not locate the title to a 2006 Honda. The clerk's docket shows the Clerk's Office accepted a Certificate of Title for a 1996 Toyota in this case on October 19, 2006. (See Second Docket Entry #34.) Mr. Rai had owned a 1996 Toyota at one time.

Ms. Reader also informed counsel that the Clerk's Office sent Ms. Rai's passport to immigration on November 23, 2010 and that the Clerk's Office no longer has the passport.

Based on the above-described events, Ms. Rai respectfully requests that the title to the 1996 Toyota accepted by the Clerk's Office on October 19, 2006 be returned to Ms. Rai, in addition to the $5,000.00 that was deposited in the Registry of the Court. Ms. Rai requested the Clerk of Court turn over these items to her husband Lakhvir Rai. Mr. Lakhvir Rai is available to obtain these items in person at the courthouse.

Dated:  February 23, 2015                                              Respectfully Submitted,

                                                                                            __/s/*Karyn H. Bucur*_____

                                                                                            Karyn H. Bucur

AMENDED APPLICATION FOR ORDER
EXONERATING BAIL AND ORDER

2

**DECLARATION OF KARYN H. BUCUR**

I, KARYN H. BUCUR, declare:

1. I am an attorney at law duly licensed to practice law before all the courts of the State of California and in this Court. I was admitted to practice in the Eastern District of California on September 27, 2006.

2. On January 8, 2015, Ms. Rai self-surrendered to FCI Dublin and is currently serving her prison term.

3. On October 19, 2006, the district court ordered that Ms. Rai may be released on bond if she posts $5,000.00 cash, surrenders the title to a 2006 Honda Civic, and surrenders her passport. (Doc. 36, Exhibit "B".)

4. On January 21, 2015 I filed an application for an order exonerating bail and for return of the $5,000.00 cash, the title of the 2006 Honda, and the return of her expired Canadian passport. On or about, January 23, 2015, I received a voice-mail from Linda Reader from the Clerk's Office informing me that I needed to amend this application to ask for the return of a title to a 1996 Toyota because the Clerk's Office had a title to a 1996 Toyota for this case and not a title to a 2006 Honda.

5. On January 26, 2015, I contacted Ms. Reader and discussed this matter with her. Ms. Reader informed me the Clerk's Office had the title of a 1996 Toyota. On the same date, I contacted Ms. Rai's husband Lakhvir Rai. He informed me that he was certain that the Clerk's Office had the title to the 2006 Honda as he remembered delivering the title to the Clerk's Office in 2006. I called Ms. Reader and I asked her to check again in the Clerk's Office to see if she could locate the title to the 2006 Honda. Ms. Reader called me back later and informed me that the Clerk's Office did not have the title to the 2006 Honda.

6. At some point, while I was trying to resolve the issue, I reviewed the docket and I noticed Clerk of Court accepted the Certificate of Title for a 1996 Toyota. (See docket entry dated 10/19/2006.)

7. Therefore, I am amending this application for return of the title to the 1996 Toyota that was received by the Clerk's Office on October 19, 2006.

8. Also, on January 26, 2015, Ms. Reader informed me that the Clerk's Office sent Ms. Rai's passport to immigration on November 23, 2010 and that the Clerk's Office no longer has her passport.

9. Therefore, I am amending this application for return of the title to a 1996 Toyota and $5,000.00 cash to Ms. Rai's husband, Lakhvir Rai.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 23, 2015                                  __/s/*Karyn H. Bucur*_____
                                                          Karyn H. Bucur

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the bail posted in this case to secure Ms. Rai's release is EXONERATED. The Clerk of Court is ORDERED to release the title to the 1996 Toyota to Ms. Rai's husband, Lakhvir Rai. The Clerk of Court is further ORDERED to release the $5,000.00 used to secure the appearance bond to Lakhvir Rai.

DATED:  2/23/2015

                                                          /s/ John A. Mendez_____
                                                          JOHN A. MENDEZ
                                                          UNITED STATES DISTRICT COURT JUDGE

AMENDED APPLICATION FOR ORDER
EXONERATING BAIL AND ORDER

4