UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MANJIT KAUR RAI,<br><br>Movant. | No. 2:06-cr-58-JAM-EFB P<br><br><br><br>ORDER |

Movant, proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. On July 20, 2016, movant requested an extension of time to file her reply brief.

Good cause appearing, it is ORDERED that movant's request (ECF No. 664) is granted and movant has 30 days from the date this order is served to file her reply.

Dated: July 26, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE