Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
MANJIT KAUR RAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANJIT KAUR RAI,<br><br>Defendant. | Case No. 2:06-CR-00058-JAM-EFB<br><br>**REQUEST FOR EXTENSION OF DEADLINE TO FILE OBJECTIONS AND [PROPOSED] ORDER** |

   Movant Manjit Rai requests this Court extend the deadline to file objections to the Findings and Recommendations signed by this Court on August 6, 2021.

   Counsel for Movant Rai is out of state on a family vacation and scheduled to return to California on August 21, 2021. Counsel requests the Court re-set the date to file objection to September 3, 2021.

   Counsel for the government is aware of this request and does not object.

   Counsel for Mr. Sekhon is aware of this request and does not object.

//

//

//

//

//

Dated:  August 10, 2021                             BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorney for Manjit Rai

## ORDER

Good cause appearing, the time for movant Rai to file objections to the Findings and Recommendations, ECF No. 949, is extended to September 3, 2021.

Dated:  August 11, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE