Kresta Nora Daly, SBN 199689
**BARTH  DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
MANJIT KAUR RAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00058-JAM-EFB |
| Respondent, | **REQUEST FOR EXTENSION OF DEADLINE TO FILE OBJECTIONS AND [PROPOSED] ORDER** |
| v. | |
| MANJIT KAUR RAI, | |
| Movant. | |

Movant Manjit Rai requests this Court extend the deadline to file objections to the Findings

and Recommendations signed by this Court on August 6, 2021.

Counsel requests the Court re-set the date to file objection to September 10, 2021 which is the

same date movant Sekhon's objections are due.

//

//

//

//

//

//

//

//

1  Dated:  September 3, 2021                          BARTH DALY LLP

2

3                                              By  /s/ Kresta Nora Daly
                                                      KRESTA NORA DALY
4                                                   Attorney for Manjit Rai

5

6

7

8                                               **ORDER**

9

10        Good cause appearing, the time for movant to file objections to the Findings and

11  Recommendations, docket entry 949, is extended to September 10, 2021.

12  Dated:  September 7, 2021.

13

14                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28